FILED
2018 Feb-14 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TORANDO OGLETREE, )
)
Plaintiff, )
v. ) Case No. 2:17-cv-1304-TMP
)
THE HABITAT COMPANY )
OF ALABAMA LLC and THE )
HABITAT COMPANY LLC, )
)
Defendants. )

**STIPULATED JUDGMENT**
**AND ORDER OF DISMISSAL WITH PREJUDICE**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982), the Joint Amended Motion for Stipulated Judgment Approving FLSA Settlement Agreement (doc. 30) is GRANTED. The parties have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). The court enters a stipulated judgment as follows:

Judgment is entered in favor of the plaintiff, Torando Ogletree, and against the defendants, The Habitat Company of Alabama LLC and The Habitat Company LLC, in the amount of $24,250.00, which represents the payment of $7,500.00 in wages, $7,500.00 in liquidated damages, $500.00 as compensation for execution of the general release, and $8,750.00 in attorney's fees.

Accordingly, the defendants are ORDERED to make payments to the plaintiff and the attorney in accordance with this Order and the settlement agreement. The court shall retain jurisdiction to facilitate the enforcement of this Order. The action hereby is DISMISSED WITH PREJUDICE as to all claims.

The Clerk is DIRECTED to enter this Order as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED the 14th day of February, 2018.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE